IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:18-cv-79-GCM

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>BUCKEYE FIRE EQUIPMENT CO.<br><br>        Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Meryl R. Lieberman,** filed February 21, 2018 (Doc. No. 4).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Ms. Lieberman is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, AXIS Surplus Insurance Company.

**IT IS SO ORDERED.**

Signed: February 22, 2018

Graham C. Mullen
United States District Judge