# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-79-GCM

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>BUCKEYE FIRE EQUIPMENT CO.<br><br>        Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Cheryl P. Vollweiler,** filed February 21, 2018 (Doc. No. 5).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Ms. Vollweiler is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, AXIS Surplus Insurance Company.

**IT IS SO ORDERED.**

Signed: February 22, 2018

Graham C. Mullen
United States District Judge